# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00831-CV

### In re Cala'lynenia Adams

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]  *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Filed:   January 31, 2024

---

[1]  The Relator challenges a judgment signed by a trial court judge in North Carolina, which is outside of our appellate jurisdiction.  *See* Tex. Gov't Code  § 22.201(d) (listing counties that compose the Third Court of Appeals District); *see also id.* § 22.221(b) (each court of appeals has authority to issue writs of mandamus against judges "in the court of appeals district").